IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

    Plaintiff,

v.

LESLEY BAIRD, RYAN TOBIAZ,
CAPTAIN HIGBEE, TRAVIS BITTELMAN,
DALIA SULIENE and C.O. PALMER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-656-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) denying plaintiff leave to proceed *in forma pauperis* and dismissing this case as to defendants Ryan Tobiaz, Captain Higbee, Travis Bittelman and Dalia Suliene; and

(2) granting summary judgment in favor of defendants Lesley Baird and C.O. Palmer and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____
Peter Oppeneer, Clerk of Court

5/10/11
Date